In the United States District Court
Southern District of Texas
McAllen Division

United States of America v. Steven Curtis Reynolds, defendant

Magistrate Cause No. 7:21-mj-01935

**Defendant Reynolds' Objection to Magistrate Court's Order Committing Him to Another District and Seeks its Withdrawal Based upon Due Process**

Given denial of due process notice guaranteed by Amend. V, U.S. Const., Defendant S. C. Reynolds objects to an inaccuracy the 9/22/2021 Order labeled "Commitment to Another District," first available by docket sheet on 9/28/2021.

1. **Defendant objects to above order's inaccuracy of "undersigned did set a bond."**

2. Upon first reading that order on 9/28/2021, undersigned was surprised, being previously unaware this court set bond.

3. Defendant wonders if the pretrial services officer told the court family gave documentation from solvent co-surety wishing to serve on a $65,000 bond.

4. Of the 9/10/2021 detention hearing, this case's docket sheet adds: "The Court took judicial notice of the underlying Pretrial Report (Dkt. No. 6) and stated that it review Defendants filings (Dkt. No. 7) before deciding on bond. The Court will issue a ruling on a later date."

5. DCECF emailed the same wording to undersigned at 7:20 a.m. on 9/14/2021.

6. Since that email, DCECF sent nothing to undersigned in this case.

7. Undersigned checked his office computer's spam collection and found nothing from the district clerk, court, prosecutor or pretrial services officer on this case.

8. The docket sheet still fails to reflect this court set any amount for bond.

9. No district clerk or pretrial services officer told undersigned bond was set.

10. **Defendant requests the court withdraw the above transfer order.**

11. **Defendant seeks due process notice guaranteed by Amend. V, U.S. Const.**

12. Defendant seeks the opportunity to know what bond this court set so attempts can be timely made to post bond, before Marshall is again ordered to transfer.

SERVICE: On 9/28/2021, undersigned emailed a copy of above to Government's counsel AUSA peter.brostowin@usdoj.gov

Respectfully submitted by Defendant's pro bono Attorney on 9/28/ 2021,

/s/ Joseph A. Connors III
Joseph A. Connors III
Texas Bar No. 04705400
S. Dist. Texas Bar No. 3799
P.O. Box 5838
McAllen, Texas  78502-5838
Office 956-687-8218
Fax 956-687-8230
Cell 956-207-6624
connors@innocent.com