In the United States District Court
Southern District of Texas
McAllen Division

United States of America v. Steven Curtis Reynolds, defendant

Magistrate Cause No. 7:21-mj-01935

**Defendant Reynolds' Amended Objections to Court's Bond Order
and Order Committing Him to Another District**

Given prior denial of due process notice guaranteed by Amend. V, U.S. Const.,

Defendant S. C. Reynolds amends his objections to this Court bond Order and the

9/22/2021 Order labeled "Commitment to Another District," first seen by undersigned

on 9/28/2021 and not present by docket sheet review about 5:00 p.m. on 9/27/2021.

1.      Without undersigned's receiving this Court's 9/22/2021 bond order,

**Defendant was unaware "undersigned did set a bond."**

2.      Defendant's family found a person who can co-surety a $66,000 bond.

3.      Defendant wonders if the pretrial services officer told the court family gave

documentation from solvent co-surety wishing to serve on a $66,000 bond.

4.      Being eligible for bond, the equal protection clause suggests reasonable bond

should be one that Defendant can make. Amend. XIV, U.S. Const.

5.      Of the 9/10/2021 detention hearing, this case's docket sheet adds: "The Court

took judicial notice of the underlying Pretrial Report (Dkt. No. 6) and stated

that it review Defendants filings (Dkt. No. 7) before deciding on bond. The

Court will issue a ruling on a later date."

6.    After DCECF emailed the same wording to undersigned at 7:20 a.m. on 9/14/2021, DCECF sent nothing to undersigned in this case, except:

    a.    at 4:57 p.m. on 9/27/2021, undersigned was sent a DCECF Doc 8 email (not seen by undersigned until after undersigned filed Doc 10), reading: "ORDER as to Steven Curtis Reynolds. IT IS ORDERED that bond for Defendant be set at $75,000.00, with a $3,000 cash deposit, along with one solvent co-surety to be approved by the Court. ( Signed by Magistrate Judge J Scott Hacker) Parties notified. (drodriguez, 7)"

    b.    at 5:01 p.m. on 9/27/2021, undersigned was sent a DCECF Doc 9 email (not seen by undersigned until after undersigned filed Doc 10), reading: "COMMITMENT TO ANOTHER DISTRICT as to Steven Curtis Reynolds. Defendant committed to Western District of Arkansas, Hot Springs Division ( Signed by Magistrate Judge J Scott Hacker) Parties notified. (drodriguez, 7)"

8.    Defendant needs time to try to make said $75,00 bond unless **the court orders reduction of same to $66,000.**

9.    **Defendant seeks an opportunity to comply with this court's bond order after receiving on 9/27/2021 the due process notice guaranteed by Amend. V, U.S. Const.**, before Marshall is again ordered to transfer.

SERVICE: On 9/28/2021, undersigned emailed a copy of above to

Government's counsel AUSA peter.brostowin@usdoj.gov

Respectfully submitted by Defendant's pro bono Attorney on 9/28/ 2021,

/s/ Joseph A. Connors III
Joseph A. Connors III
Texas Bar No. 04705400
S. Dist. Texas Bar No. 3799
P.O. Box 5838
McAllen, Texas  78502-5838
Office 956-687-8218
Fax 956-687-8230
Cell 956-207-6624
connors@innocent.com