United States District Court
Southern District of Texas
FILED

OCT 0 1 2021

Nathan Ochsner, Clerk

United States District Court
Southern District of Texas
**ENTERED**
October 01, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § | CASE NO: 7:21-MJ-01935-1 |
| STEVEN CURTIS REYNOLDS, | § § § | |
| Defendant. | § | |

## ORDER

Pending before the Court is "Defendant Reynolds' Amended Objections to Court's Bond Order and Order Committing Him to Another District." (Dkt. No. 11). Notably, the Court withdrew its previous Commitment Order and set a deadline until noon on Friday, October 1, 2021, to submit a suitable, solvent co-surety.

The Court reviewed information pertaining to a person wishing to serve on a $66,000 bond. That person was not deemed suitable. As such, the instant motion (Dkt. No. 11) is DENIED.

It is so **ORDERED**.

**SIGNED** on October 1, 2021.

J. Scott Hacker
United States Magistrate Judge