United States District Court
Southern District of Texas
FILED

OCT 01 2021

Nathan Ochsner, Clerk

United States District Court
Southern District of Texas

**ENTERED**
October 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIM NO. 7:21-MJ-01935-1** |
| vs | § | |
| | § | **Charging District's** |
| **STEVEN CURTIS REYNOLDS** | § | **Case No. 6:21-CR-60015-001** |

## COMMITMENT TO ANOTHER DISTRICT

Defendant STEVEN CURTIS REYNOLDS has been ordered to appear in the **Western District of Arkansas, Hot Springs Division in Docket No. 6:21-CR-60015-001 (charging District's case number).**

**Defendant will not need an interpreter. His native language is English.** At the initial appearance in McAllen, Texas, Defendant indicated that he would need the assistance of a court-appointed attorney in the charging District. Defendant has waived his right to the identity hearing in the McAllen Division, Southern District of Texas. However, Defendant requested his detention hearing in the McAllen Division, where the undersigned did set a bond. As of 4:00 p.m., October 1, 2021, the undersigned's bond requirements have not been met. Consequently, Defendant remains in custody.

For the reasons set out above, it is hereby **ORDERED**: The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district

DONE at McAllen, Texas, on October 1, 2021.

_____
J. SCOTT HACKER
United States Magistrate Judge